# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1424
_____

PAMELA L. BIMBERG,

    Petitioner,

v.

DANNY PASSMORE, individually
and as Personal Representative
of the Estate of Clyde Ray
Locke, Sr., et al.,

    Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.


July 14, 2025


PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Pamela L. Bimberg, pro se, Petitioner.

No appearance for Respondents.